## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| DAVID L. EZELL, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV1202SNLJ/MLM |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER AND JUDGMENT

Having received no objections to the United States Magistrate Judge's Report and Recommendation [15], filed July 18, 2012,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler [15], filed July 18, 2012 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the relief sought by the plaintiff in his Complaint and Brief in Support of Complaint be and is **DENIED.**

**IT IS FINALLY ORDERED** that judgment be entered in favor of the defendant Commissioner.   This Court does not retain jurisdiction of this matter.

Dated this ___27th_____ day of August, 2012.

_____

UNITED STATES DISTRICT JUDGE